UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TEDEARO BURRELL,

    Plaintiff,                                      Civil No. 25-cv-13253
                                                     Hon. Matthew F. Leitman

v.

THOMAS HENRY MAXON,

    Defendant.

_____

## ORDER GRANTING EX PARTE MOTION FOR
## STAY DURING LAPSE OF APPROPRIATIONS

The Court grants Defendant's Ex Parte Motion for Stay During Lapse of Appropriations. This matter is stayed until the Court receives notice that Congress has appropriated funds for the Department of Justice, or until further order of the Court.

    **IT IS SO ORDERED**.

                                                   s/Matthew F. Leitman
                                                   MATTHEW F. LEITMAN
                                                   UNITED STATES DISTRICT JUDGE

Dated: October 15, 2025

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on October 15, 2025, by electronic means and/or ordinary mail.

                                                s/Holly A. Ryan
                                                Case Manager
                                                (313) 234-5126