UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TEDEARO BURRELL,

    Plaintiff,

                                      Case No. 25-cv-13253
v.                                     Hon. Matthew F. Leitman

THOMAS HENRY MAXON,

    Defendant.

_____/

## **JUDGMENT**

In accordance with the order entered on this day,

**IT IS ORDERED AND ADJUDGED** that Plaintiff's Complaint is **DISMISSED WITH PREJUDICE**.

                                   KINIKIA ESSIX
                                   CLERK OF COURT

                        By:    s/Holly A. Ryan
                                   Deputy Clerk

Approved:

s/Matthew F. Leitman
MATTHEW F. LEITMAN
United States District Judge

Dated:  March 4, 2026
Detroit, Michigan

1